No. 12, Original. HAWAII v. BELL. The motion for leave to file bill of complaint is granted and the United States is allowed sixty days to answer. MR. JUSTICE WHITE took no part in the consideration or decision of this motion. *Shiro Kashiwa,* Attorney General of Hawaii, *Wilbur K. Watkins, Jr.,* Deputy Attorney General, *Thurman Arnold, Abe Fortas, Paul A. Porter* and *Dennis G. Lyons* for plaintiff. *Solicitor General Cox, Wayne G. Barnett, David R. Warner* and *Thos. L. McKevitt* for defendant.

No. 33. INCRES STEAMSHIP Co., LTD., v. INTERNATIONAL MARITIME WORKERS UNION ET AL. Certiorari, 368 U. S. 924, to the Court of Appeals of New York. The motions of the Republic of Panama; Government of the United Kingdom of Great Britain and Northern Ireland; and Seafarers' International Union of North America, Atlantic & Gulf District, AFL–CIO, for leave to file briefs, as *amici curiae,* are granted. *Herbert Brownell* and *Jack P. Jefferies* on the motion for the Republic of Panama. *Lawrence Hunt* on the motion for the Government of the United Kingdom of Great Britain and Northern Ireland. *Paul Barker* and *Neal Rutledge* on the motion for the Seafarers' International Union of North America, Atlantic & Gulf District, AFL–CIO.

No. 78. PEARLMAN, TRUSTEE IN BANKRUPTCY, v. RELIANCE INSURANCE Co. Certiorari, 369 U. S. 847, to the United States Court of Appeals for the Second Circuit. The motions of the Association of Casualty and Surety Companies and Edward M. Murphy for leave to file briefs, as *amici curiae,* are granted. *David Morgulas* for the Association of Casualty and Surety Companies, and *Edward M. Murphy, pro se,* on the motions.